UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALICE BOWERS,

        Plaintiff,

vs.                                       Case No.  3:07-cv-89-J-12MCR

JO ANNE B. BARNHART, Commissioner of
the Social Security Administration,

        Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court on Plaintiff's Affidavit of Indigency (Doc. 2),

filed February 9, 2007, which the Court treats as a Motion to Proceed *In Forma*

*Pauperis.*  A review of the Affidavit and the Complaint (Doc. 1) reveals that Plaintiff is a

resident of Citrus county Florida.  As such, this claim should have been filed in the

Ocala Division of the Middle District of Florida.  Accordingly, it is respectfully

**RECOMMENDED**:

that this case be transferred to the Ocala Division of the United States District

Court for the Middle District of Florida for all further proceedings.

---

[1] Any party may file and serve specific, written objections hereto within TEN (10) DAYS after service of this Report and Recommendation.  Failure to do so shall bar the party from a de novo determination by a district judge of an issue covered herein and from attacking factual findings on appeal.  See 28 U.S.C. §636(b)(1); Fed.R.Civ.P. 72(a), 6(a) and (e); Local Rules 6.02(a) and 4.20, United States District Court for the Middle District of Florida.

**DONE AND ENTERED** in Chambers in Jacksonville, Florida this __13th__ day of

February, 2007.

_Monte C. Richardson_

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel for Plaintiff

The Honorable Howell W. Melton,
United States District Judge